

**IT IS ORDERED**

Date Entered on Docket: September 1, 2015

*Robert H. Jacobvitz*

The Honorable Robert H Jacobvitz
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Jeffie Chloe Hamar                                   Case No. 12-14243-j7

Debtor.

### ORDER GRANTING MOTION TO ABANDON PROPERTY LOCATED AT 1201 W YUCCA DR., CLOVIS, NEW MEXICO 88101

This matter came before the Court on August 20, 2015 at 2:00 p.m., upon the Motion to Abandon Property located at 1201 W Yucca Dr., Clovis, NM 88101 filed on June 30, 2015, Docket No .29 (the "Motion") by U.S. Bank National Association ("Movant"), the Opposition to the Motion filed on July 14, 2015, Docket No. 31 by Jeffie Chloe Hamar ("Debtor"), and the Response and Consent to the Motion filed on July 30, 2015, Docket No. 33 by Clarke C. Coll, ("Chapter 7 Trustee"). The Movant appeared through its attorneys, Little, Bradley & Nesbitt, P.A.. (Karen H. Bradley); the Debtor appeared through her attorney, Burns Law Firm, PC (F. Shaun Burns); the Chapter 7 Trustee did not appear. The Court, having reviewed the record and the pleadings, heard the arguments, and being otherwise sufficiently informed, FINDS:

(a)   The Motion is well taken and should be granted as provided herein; and

(B) For the reasons stated on the record of the hearing on the Motion, the effective date of this Order is delayed to September 21, 2015.

IT IS THEREFORE ORDERED:

1. The property located in Curry County, New Mexico, and described as:

LOT SIX (6) IN BLOCK THIRTEEN (13) OF THE ALTA VISTA ADDITION UNIT NO THREE (#3), TO THE CITY OF CLOVIS CURRY COUNTY NEW MEXICO as shown by the official recorded plat thereof.

P/A: 1201 W Yucca Dr., Clovis, New Mexico, 88101, is deemed abandoned, and the property therefore no longer is property of the estate. As a result, Movant need not name the Trustee as a defendant in any state court action it may pursue to foreclose against the property and need not notify the Trustee of any sale of the property.

2. This order is effective and enforceable on September 21, 2015.

XXX END OF ORDER XXX

Submitted by:

LITTLE, BRADLEY & NESBITT, P.A.

By: /S/Electronically submitted/ 08/27/2015
Karen H. Bradley
Attorney for Movant
P.O. Box 3509
Albuquerque, New Mexico 87190
Ph: (505) 248-2400  Fax: (505) 254-4722


Approved as to Form by:

BURNS LAW FIRM, PC


By: Approved via email 8/27/15
F. Shaun Burns
Attorney for Debtor
P.O. Box 488
Clovis, NM 88101
Ph: (575) 769-0777